**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE MARK A. BARNETT,  CHIEF JUDGE**

| | |
|---|---|
| SUNCITY METALS AND TUBES PRIVATE LIMITED<br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　Defendant.<br>And<br><br>FELKER BROTHERS CORPORATION<br>　　　　　　　Defendant-Intervenor. | ）<br>）<br>）<br>）<br>）　　Court No. 25-00222<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） |

**PLAINTIFF'S CONSENT MOTION FOR AMENDED SCHEDULING ORDER**

Pursuant to Rule 16(b)(4) of the Rules of this Court, Plaintiff respectfully requests the Court to enter an amended scheduling order postponing each of the due dates of the current scheduling order by approximately 21 days for Plaintiff's opening brief and, due to the schedule of the U.S. Department of Justice, a similar timeframe for response briefs, etc.   This is the first request for an amended scheduling order.  The reason for this postponement is due to the press of other antidumping and countervailing duty cases.

Plaintiff's counsel was retained last week by a mandatory respondent in the antidumping administrative review of PET Film from India.  That review has a public hearing scheduled for March 20, 2026, for which he has been preparing his testimony.  Counsel for Plaintiff also is counsel to a mandatory respondent in the antidumping administrative review of frozen shrimp from Vietnam.  The U.S. Department of Commerce issued a supplemental questionnaire on March 10, 2026, the response to which is currently due March 20, 2026; counsel is requesting a

two-week extension of time to respond to that questionnaire, etc.

Parties have agreed to establish a new briefing schedule in the above-referenced case as follows:

1. Plaintiff shall file its 56.2 Motion and opening brief on or before April 8, 2026;

2. Defendant shall file its Response Brief on or before June 29, 2026;

3. Defendant-Intervenor shall file its Response Brief on or before July 13, 2026;

4. Plaintiff shall file its Reply Brief on or before August 12, 2026;

5. Parties shall file their joint appendix on or before August 19, 2026;  and,

6. The parties shall file any motion for oral argument on or before August 26, 2026

On March 17, 2026, counsel for Plaintiff, consulted with counsel for the United States, Alexander S. Brewer, Esq., consented to this proposed amended briefing schedule; also consulted was Saad Y. Chalchal, Esq., counsel for Defendant-Intervenor, Felker Brothers Corporation, who consented to this motion.  For these reasons, we respectfully request that the Court grant our motion and issue the amended scheduling order in accordance with the proposed dates.

Respectfully submitted,

___/s/ John J. Kenkel_____
John J. Kenkel
International Trade Law Counselors, PLLC
8647 Richmond Highway, Suite 623
Tel. (202) 390-4064
IntlTradeLawCounselors@outlook.com
*Counsel for Plaintiff*
*Suncity Metals and Tubes Private Limited*

Dated: March 17, 2026