# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE MARK A. BARNETT,  CHIEF JUDGE

| | | |
|---|---|---|
| SUNCITY METALS AND TUBES PRIVATE LIMITED | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 25-00222 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| And | ) | |
| | ) | |
| FELKER BROTHERS CORPORATION | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

After consideration of Plaintiff's consent motion for an amended order scheduling briefing in this case, it is hereby

ORDERED that the motion is granted and that the following briefing schedule is established:

1. Plaintiff shall file its 56.2 Motion and opening brief on or before April 8, 2026;

2. Defendant shall file its Response Brief on or before June 29, 2026;

3. Defendant-Intervenor shall file its Response Brief on or before July 13, 2026;

4. Plaintiff shall file its Reply Brief on or before August 12, 2026;

5. Parties shall file their joint appendix on or before August 19, 2026;  and,

6. The parties shall file any motion for oral argument on or before August 26, 2026

Dated: _____, 2026      _____
       New York, New York          Mark A. Barnett, Chief Judge