**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| SUNCITY METALS AND TUBES PRIVATE LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> FELKER BROTHERS CORPORATION, <br><br> Defendant-Intervenor. | Before: Mark A. Barnett, Chief Judge <br> Court No. 25-00222 |

## <u>ORDER</u>

"When it appears that there is a failure of the plaintiff to prosecute, the court may on its own after notice . . . order the action or any claim dismissed for lack of prosecution." USCIT Rule 41(b)(3). Pursuant to the Scheduling Order entered in this case and as proposed by the Parties, Scheduling Order (Feb. 12, 2026), ECF No. 26; Pl.'s Consent Mot. for Scheduling Order, ECF No. 25, Plaintiff's Rule 56.2 motion for judgment on the agency record and accompanying brief was due by March 18, 2026.[1] Plaintiff failed to file its motion and supporting brief. Accordingly, this Order constitutes notice to Plaintiff pursuant to Rule 41(b)(3). Plaintiff has until March 30, 2026, to show

---

[1] While Plaintiff requested an extension of time shortly before the close of business on March 17, 2026, Consent Mot. to Amend Scheduling Order, ECF No. 27, the court denied the motion that day because Plaintiff failed to demonstrate good cause for the request, Order (Mar. 17, 2026), ECF No. 28.

Court No. 25-00222                                                    Page 2

cause why the court should not dismiss this case for failure to prosecute.  Failure by

Plaintiff to respond to this Order will result in dismissal without further notice.

                                        /s/     Mark A. Barnett
                                        Mark A. Barnett, Chief Judge

Dated: March 23, 2026
         New York, New York