**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE MARK A. BARNETT,  CHIEF JUDGE**

| | | |
|---|---|---|
| SUNCITY METALS AND TUBES PRIVATE LIMITED | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 25-00222 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| And | ) | |
| | ) | |
| FELKER BROTHERS CORPORATION | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |

**PLAINTIFF SUNCITY METALS AND TUBES PRIVATE LIMITED  RULE 56.2
MOTION FOR JUDGMENT UPON THE AGENCY RECORD**

Pursuant to Rule 56.2 of this Court, Plaintiff, Suncity Metals and Tues Private Limited ("Suncity"), hereby moves for judgment upon the agency record and for an order remanding to the U.S. Department of Commerce ("the Department" or "Commerce") the final determination of the countervailing duty investigation  published as *Welded Stainless Pressure Pipe From India: Final Results of Antidumping Duty Administrative Review: 2022-2023,* (90 Fed. Reg. 44041) issued September 5, 2025, and published on September 11, 2025, (published),  and accompanying Issues and Decision Memorandum ("IDM") (September 5, 2025) ("*Final Results*").

The legal and factual support for Plaintiff's 56.2 Motion is fully set forth in its Memorandum of Law, attached hereto.

Respectfully submitted,

*/s/ John J. Kenkel*
John J. Kenkel
International Trade Law Counselors, PLLC
8647 Richmond, Hwy, Suite 623
Telephone: (703) 390-4064
Email: IntlTradeLawCounselors@outlook.com
*Counsel for Suncity Meals and Tubes Private Limited.*

Dated: April 3, 2026

/