**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE MARK A. BARNETT,  CHIEF JUDGE**

| | |
|---|---|
| SUNCITY METALS AND TUBES PRIVATE LIMITED<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　Defendant.<br>And<br><br>FELKER BROTHERS CORPORATION<br>　　　　　　Defendant-Intervenor. | Court No. 25-00222 |

**ORDER**

Upon consideration of the Brief of Plaintiff**,** Suncity Metals and Tubes Private Limited in support of its Rule 56.2 Motion for Judgment Upon the Administrative Record, and all other papers and proceedings had herein, it is hereby

ORDERED that said motion is GRANTED, and it is further

ORDERED that this case is remanded to Department of Commerce, International Trade Administration, with instructions that the Department modify its determination in *Welded Stainless Pressure Pipe From India: Final Results of Antidumping Duty Administrative Review: 2022-2023,* (90 Fed. Reg. 44041) issued September 5, 2025, and published on September 11, 2025, (published),  and accompanying Issues and Decision Memorandum ("IDM") (September 5, 2025) ("*Final Results*").

It is further ORDERED that Commerce's remand results in court No. 25-00222 shall be filed within sixty (60) days of the date of entry of this Order. Thereafter, the parties may file comments on the remand results within thirty (30) days of those results, and rebuttal comments are due within fifteen (15) days thereafter.

_____
MARK A. BARNETT, Chief Judge

DATED: _____
       New York, New York