CERTIFICATE OF SERVICE

I certify that a copy of the confidential version of Plaintiff's 56.2 Brief in CIT case 26-00222 were served by certified mail, return receipt requested, on the 6th day of March, 2026, upon each of the interested parties below.

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW Suite 500
Washington, DC 20001
Phone: 202-223-1700
Email: rschagrin@schagrinassociates.com

Alexander Brewer, Esq.
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Washington, D.C. 20530

/s/ John J. Kenkel
John J. Kenkel