**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| SUNCITY METALS AND TUBES PVT. LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br><br> and, <br><br> FELKER BROTHERS CORPORATION, <br><br> *Defendant-Intervenor*. | Court No. 25-00222 |

<u>ORDER</u>

Upon consideration of defendant's consent motion for an extension of time for defendant to file its response to plaintiff's 56.2 motion, and upon all other papers and proceedings herein; it is hereby

ORDERED that the motion is GRANTED; and it is further ordered that:

1. Defendant shall file its response to plaintiff's 56.2 motion on or before June 18, 2026;

2. Defendant-Intervenor shall file its response to plaintiff's 56.2 motion on or before July 2, 2026; and

3. Plaintiff shall file its reply on August 3, 2026;

4. Joint Appendix shall be filed on August 17, 2026;

1

2

5.  Any Motion for Oral Argument due by August 24, 2026.


DATED:    June 2, 2026                    /s/ Mark A. Barnett
          New York, New York                    JUDGE