# THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE MARK A. BARNETT, JUDGE**

|  |  |  |
|---|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| SUNCITY METALS AND TUBES PVT. LTD. | ) | |
|  | ) | |
|  | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Court No. 25-00222 |
|  | ) | |
| UNITED STATES, | ) | |
|  | ) | |
| *Defendant,* | ) | |
|  | ) | |
| and | ) | |
|  | ) | |
| FELKER BROTHERS CORPORATION, | ) | |
|  | ) | |
| *Defendant-Intervenors.* | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

## DEFENDANT'S CONSENT MOTION FOR ERRATA

Pursuant to Rules 7(b) of Rules of the United States Court of International Trade and Administrative Order 02-01 ¶ 4(d), defendant, the United States, respectfully requests that the Court accept for filing the attached "Defendant's Corrected Response to Plaintiff's Motion for Judgment on the Agency Record," which makes four corrections to the Government's June 18, 2026, public version of the response to plaintiff's motion for judgment on the agency record. ECF No. 42.  In support of our motion, we have attached a list of corrections identifying the changes to be made (Exhibit A), a redlined version showing the proposed changes (Exhibit B), a corrected public version showing the proposed changes (Exhibit C), and a proposed order for the Court's consideration (Exhibit D).   On June 29, 2026, counsel for the United States contacted counsel for plaintiff and defendant-intervenor, and each consented to this motion.

On page 8 and 9 of our confidential motion filed on June 18, 2026, we included two sentences within two sets of brackets.  At the time of filing, undersigned counsel believed the information included in the two sets of brackets to be BPI information.  However, due to a version control problem, the redactions were not applied in the public version.  After being notified by the Court, counsel for plaintiff confirmed that the information within the brackets did not in fact contain BPI information.  As a result, the Government now seeks to correct the public version by removing the two sets of brackets surrounding the public information.

We regret any confusion we have caused the Court or to the other parties through our error.  We respectfully request that the Court accept the corrected motion, so that our filing is clear.

Accordingly, we respectfully request that the Court grant our motion to correct our motion and correspondingly accept our corrected motion for filing.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA MCCARTHY
Director

CLAUDIA M. BURKE
Deputy Director

OF COUNSEL:
JOSHUA ANGELO
Attorney
U.S. Department of Commerce
Office of the Chief Counsel for Trade
Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, D.C. 20230
Tel: (202) 875-4092
Email: Joshua.Angelo@trade.gov

ALEXANDER S. BREWER
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0252

2

Email: Alex.Brewer@usdoj.gov

June 29, 2026                                              Attorneys for Defendant