**LIST OF CORRECTIONS**

| Page Number | Original Text | Corrected Text |
|---|---|---|
| Pg. 8 | "[Commerce calculated U.S. price by adding adjustments including freight and insurance revenue to Commerce's gross unit price. Margin Calculation Program, (Sept. 9, 2023) (Barcode: 4822658-03) (C.R. 45); Final Analysis Memorandum at 4-5.]" | "Commerce calculated U.S. price by adding adjustments including freight and insurance revenue to Commerce's gross unit price. Margin Calculation Program, (Sept. 9, 2023) (Barcode: 4822658-03) (C.R. 45); Final Analysis Memorandum at 4-5." |
| Pg. 9 | "[Suncity's earned revenues were added to gross unit price, a component of DDP value,]" | "Suncity's earned revenues were added to gross unit price, a component of DDP value," |

1