**THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE MARK A. BARNETT, JUDGE**

|  |  |  |
|---|---|---|
| SUNCITY METALS AND TUBES PVT. LTD. | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Court No. 25-00222 |
| UNITED STATES, | ) ) ) | |
| *Defendant,* | ) ) | |
| and | ) ) | |
| FELKER BROTHERS CORPORATION, | ) ) | |
| *Defendant-Intervenors.* | ) ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Consent Motion to Correct Errata, and all other papers and proceedings in this action; and upon due deliberation, it is hereby

ORDERED that Defendant's Consent Motion to Correct Errata is granted; it is further

ORDERED that Defendant's Corrected Response to Plaintiff's Motion for Judgment Upon the Administrative Record accepted for filing; and it is further

ORDERED that the Clerk's Office shall deem Defendant's Corrected Response to Plaintiff's Motion for Judgment Upon the Administrative Record. Motion To Dismiss And Response In Opposition To Plaintiff's Motion For A Statutory Injunction filed as of June 18, 2026.

Dated: _____                    _____
       New York, New York                    Mark A. Barnett, Judge