## CERTIFICATE OF SERVICE

*Suncity Metals and Tubes Pvt. Ltd, v. United States and Felker Brothers Corporation*
U.S. Court of International Trade Court No. 25-00222

Pursuant to Rule 5 of the U.S. Court of International Trade and Administrative Order 25-01, I certify that on July 2, 2026, copies of the confidential version of the *Defendant-Intervenor Felker Brothers Corporation Response Brief In Opposition to Motion of Plaintiff for Judgment on the Agency Record* were served via secure File Transfer Protocol (FTP) on the following parties:

John Joseph Kenkel
**International Trade Law Counselors, PLLC**
8647 Richmond Hwy.
Suite 623
Alexandria, VA 22309
intltradelawcounselors@outlook.com
johnjkenkel@aol.com

Alexander S. Brewer
**U.S. Department of Justice**
*Commercial Litigation Branch - Civil Division*
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Alex.Brewer@usdoj.gov

*/s/ Christopher T. Cloutier*
Christopher T. Cloutier
Schagrin Associates