**UNITED STATES COURT OF INTERNATIONAL TRADE**           **FORM 12**

---

Suncity Metals and Tubes Pvt. Ltd

                                    Plaintiff,

    v.

United States

                                    Defendant.

---

Court No.        25 -222

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Mark B. Lehnardt

has been substituted as attorney of record for plaintiff          in this action in place of
John J. Kenkel, International Trade Law Counselors, PLLC                                        .

Dated: July 21, 2026                          Suncity Metals and Tubes Pvt. Ltd.

                                    By: _____
                                              Signature of Client

\* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action

as attorney for Suncity Metals and Tubes Pvt. Ltd.

_____, the plaintiff          herein,

and requests that all papers in connection therewith be served upon him

The individual attorney in the undersigned firm, corporate law department, or the

Government, who is responsible for the litigation, is Mark B. Lehnardt          .

Dated: July 21, 2026

| | |
|---|---|
| | Name |
| /s/Mark B. Lehnardt | |
| | Signature |
| Davis & Leiman, PLLC | |
| | Firm |
| 1025 Connecticut Ave., N.W., Ste.1012 | |
| | Street Address |
| Washington, D.C.  20036 | |
| | City, State and Zip Code |
| 202.642.4850 | |
| | Telephone Number |
| mlehnardt@dltrade.com | |
| | E-mail address |
| By: /s/ Mark B. Lehnardt | |
| | New Attorney of Record |

(As amended June 5, 2015, eff. July 1, 2015; Oct. 23, 2025, eff. Dec. 1, 2025.)