# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

SUNCITY METALS AND TUBES PVT LTD.,

    Plaintiff,

            v.

UNITED STATES,

    Defendant.

Court No. 25-00222

## JOINT STATUS REPORT

Pursuant to this Court's July 23, 2026 Order, plaintiff, Suncity Metals and Tubes Pvt. Ltd., defendant, United States, and defendant-intervenor, Felker Bros. Corp., submit this joint status report.  In the July 23, 2026 Order, the Court directed plaintiff to submit this joint status report:

> **ORDERED** that, upon the filing, out of time, of any motion for a Form 24 order for a statutory injunction upon consent, or by August 7, 2026, whichever occurs first, Plaintiff shall file a joint status report addressing the status of entries subject to this litigation and whether any such entries remain unliquidated. If no entries remain unliquidated, Plaintiff must address whether this case must be dismissed as moot

ECF 58, Order, at 2.  The parties have reviewed Suncity's entries during the November 1, 2022, through October 31, 2023 period of review (POR), and confirm that all Suncity's POR entries have liquidated.  The Federal Circuit has uniformly held to the rule – in the context of actions under 19 U.S.C. § 1516a and *Zenith Radio Corp. v. United States*, 710 F.2d 806 (Fed. Cir. 1983) – that "renders a court action moot once

liquidation occurs." *See SKF USA, Inc. v. United States*, 512 F.3d 1326, 1329 (Fed. Cir. 2007). Thus, because all Suncity's POR entries have been liquidated, this case is now moot and should be dismissed.

Respectfully submitted,

/s/ Mark B. Lehnardt

Mark B. Lehnardt
Davis & Leiman, PLLC
1025 Connecticut Ave., N.W., Ste. 1012
Washington, D.C.  20036
Tel:  202-642-4850
Email: MLehnardt@DLTrade.com
*Counsel to Suncity Metals and Tubes Pvt. Ltd.*

/s/ Christopher T. Cloutier
Roger B. Schagrin
Christopher T. Cloutier
Schagrin Associates
900 Seventh Street, N.W.
Suite 500
Washington, D.C.  20001
*Counsel for Felker Brothers Corporation*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director
Commercial Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
(202) 616-2228
Tara.Hogan@usdoj.gov

Dated:  August 7, 2026

2