# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

|  |  |
|---|---|
| SUNCITY METALS AND TUBES PVT LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 25-00222 |

## ORDER

Upon consideration of plaintiff's joint status report, and upon all other papers and proceedings herein; it is hereby

ORDERED that this case is dismissed with each party to bear their own costs.

SO ORDERED.

DATED: __August 7, 2026__ ,            /s/ Mark A. Barnett
New York, New York                                     JUDGE

3